UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SCOTT REED BLAISDELL
and VICKI LYNN BLAISDELL,

        Plaintiffs,        Case No. 1:15-cv-575

v.        Honorable Paul L. Maloney

VILLAGE OF CASSOPOLIS et al.,

        Defendants.

_____/

**JUDGMENT**

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:  January 29, 2016      /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge